Marks and Klein, LLP
Gerald A. Marks, Esq. (5042)
63 Riverside Avenue
Red Bank, New Jersey 07701
Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GNC FRANCHISING, LLC, formerly known as GNC FRANCHISING, INC., and GENERAL NUTRITION CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SOHAIL KHAN, SALEEM KHAN, and CHAUDREY BROTHERS CORPORATION,<br><br>Defendants. | Civil Action No. 05-1341<br>The Honorable Gary L Lancaster<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND** |

**WHEREFORE,** pursuant to a scheduling notice of this Court, the date on which a response by Defendants to Plaintiffs' motion for judgment on the pleadings is currently set to expire on August 28, 2006; and

**WHEREFORE,** Defendants have requested of Plaintiffs, and Plaintiffs have agreed to extend the time to respond to September 8, 2006 with the understanding that Plaintiffs' time to reply shall be extended to September 22, 2006; and

**WHEREFORE,** all counsel in the above-captioned action have consented and agreed to the within extension;

IT IS HEREBY STIPULATED AND AGREED that the Defendants' time to respond shall be extended to September 8, 2006 and that Plaintiffs' time to respond thereafter shall be extended to September 22, 2006.

| GARDERE WYNNE SEWELL, LLP | MARKS & KLEIN, LLP |
|---|---|
| By: _____<br>Samuel E. Joyner, Esq.<br>Attorneys for Plaintiffs | By: _____<br>Gerald A. Marks, Esq.<br>Attorneys for Defendants |

Dated: August 24, 2006

It is **HEREBY ORDERED** that the Stipulation Extending Time for Defendants to respond to Plaintiffs' motion for judgment on the pleadings be extended to September 8, 2006 and Plaintiffs' time to reply be extended to September 22, 2006.

Date: 8-29-06

_____
GARY L. LANCASTER, JUDGE
UNITED STATES DISTRICT COURT